IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TREYVON MAHLEIC DOWSING, Plaintiff, vs. DOUGLAS COUNTY CORRECTIONS, and CERVANTES, Douglas County Corrections/Correctional Officer; Defendants. | 8:24CV491 MEMORANDUM AND ORDER |

On January 13, 2025, the Court ordered Plaintiff to update his address with the Court within 30 days or face dismissal of this action. Filing No. 7. To date, Plaintiff has not updated his address or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document. Plaintiff's pending Motion for Leave to Proceed in Forma Pauperis, Filing No. 2, is denied as moot.

Dated this 3rd day of March, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge